BORDE LAW PLLC
Manish Borde, WSBA #39503
1700 7th Ave., Suite 2100
Seattle, WA 98101
Telephone: (206) 531-2722

RAINES FELDMAN LITTRELL LLP
Robert S. Marticello, CA SBN 244256*
rmarticello@raineslaw.com
Michael L. Simon, CA SBN 300822*
msimon@raineslaw.com
*Admitted Pro Hac Vice*
3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626
Telephone: (310) 440-4100
*Admitted *Pro Hac Vice*

*Attorneys for Wilmington Savings Fund, Society FSB, not in its individual capacity, but solely as Owner of MFA 2022-RTL1 Trust and Lima One Capital, LLC*

HONORABLE WHITMAN L. HOLT

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Chapter 11 |
| ICAP ENTERPRISES, INC., *et al.*, | Lead Case No. 23-01243-WLH11 |
| Debtors.[1] | Jointly Administered |

[1] The Debtors (along with their case numbers) are iCap Enterprises, Inc. (23-01243-11); iCap Pacific NW Management, LLC (23-01261-11); iCap Vault Management, LLC (23-01258-11); iCap Vault, LLC (23-01256-11); iCap Vault 1, LLC (23-01257-11); Vault Holding 1, LLC (23-01256-11); iCap Investments, LLC (23-01255-11); iCap Pacific Northwest Opportunity and Income Fund, LLC (23-01253-11); iCap Equity, LLC (23-01247-11); iCap Pacific Income 4 Fund, LLC (23-01251-11); iCap Pacific Income 5 Fund, LLC (23-01249-11); iCap Northwest Opportunity Fund, LLC (23-01253-11); 725 Broadway, LLC (23-01245-11); Senza Kenmore, LLC (23-01254-11); iCap Campbell Way, LLC (23-01250-11); UW 17th Ave, LLC (23-01267-11); iCap Broadway, LLC (23-01252-11); VH 1121 14th LLC (23-01264-11); VH Senior Care LLC (23-01266-11); VH Willows Townhomes LLC (23-01262-11); iCap @ UW, LLC (23-01244-11); VH 2nd Street Office, LLC (23-01259-11); VH Pioneer Village LLC (23-01263-11); iCap Funding LLC (23-01246-11); iCap Management LLC (23-01268-11); iCap Realty, LLC (23-01260-11); Vault Holding, LLC (23-01270-11); iCap Pacific Development LLC (23-01271-11); iCap Holding LLC (23-01272-11); iCap Holding 5 LLC (23-01273-11); and iCap Holding 6 LLC (23-01274-11).

**JOINT STATUS REPORT**

10493677.1

| | |
|---|---|
| Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as Owner of MFA 2022-RTL1 Trust; and Lima One Capital, LLC,<br><br>            Plaintiffs,<br>v.<br><br>VH 1121 14th, LLC; and VH Willows Townhomes, LLC,<br><br>            Defendants. | Adv. Pro. No. 24-80022-WLH<br><br>**JOINT STATUS REPORT IN ADVANCE OF MARCH 26, 2025 STATUS CONFERENCE**<br><br>**Date:** March 26, 2025<br>**Time:** 2:00 p.m.<br>**Location:** Telephonic |

**TO THE HONORABLE WHITMAN L. HOLT, UNITED STATES BANKRUPTCY JUDGE:**

Plaintiffs Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as Owner of MFA 2022-RTL1 Trust; and Lima One Capital, LLC (together, "Wilmington"), and VH 1121 14th, LLC; and VH Willows Townhomes, LLC (together, the "Defendants" and collectively with Wilmington, the "Parties"), hereby submit this joint status report.

1. On August 16, 2024, Wilmington commenced the above-captioned adversary proceeding (the "Adversary Proceeding") against the Defendants by filing the *Complaint for Declaratory Relief* [ECF 1] (the "Complaint").

2. On September 19, 2024, the Defendants filed the *Answer and Counterclaims* [ECF 5] (the "Answer and Counterclaims").

3. In connection with confirmation of the Debtors' *Modified Second Amended Joint Chapter 11 Plan of Liquidation of iCap Enterprises, Inc. and its Affiliated Debtors Proposed by the Debtors and Official Committee of Unsecured*

JOINT STATUS REPORT
2

10493677.1

*Creditors* [ECF 1249, Case No. 23-01243-WLH11], the Debtors, Wilmington, and the Official Committee of Unsecured Creditors entered into the *Stipulation Resolving Wilmington's Objection to Confirmation of the Plan* (the "Confirmation Stipulation"), which was approved by order entered on September 27, 2024. (*See* ECF No. 1338, Case No. 23-01243-WLH11.)

4. Pursuant to the Confirmation Stipulation, the Debtors, the Committee, and Wilmington agreed to proceed to mediation (the "Mediation").

5. On January 15, 2025, Wilmington filed the *Answer to Counterclaims* [ECF 17].

6. On January 29, 2025, the Parties participated in an in-person, all-day mediation before the Hon. Martin R. Barash, who this court appointed as a settlement judge pursuant to an order entered on January 14, 2025 [ECF 16]. While the mediation did not result in a resolution, the Parties believe that progress was made.

7. The initial status conference for this Adversary Proceeding is currently scheduled for March 26, 2025, at 2:00 p.m. (PT) (the "Status Conference").

8. The Parties would like an opportunity to engage in further discussions concerning a resolution of this matter based on the progress made during the Mediation and have agreed to continue the Status Conference for approximately two months, to a date and time that is convenient to this court, to accommodate further discussions.

Based thereon, the Parties jointly request that this court continue the Status Conference for approximately two months to a date and time that is convenient to this court.

DATED this 24th day of March 2025

By  /s/ Michael L. Simon
ROBERT S. MARTICELLO (Admitted *Pro Hac Vice*)
MICHAEL L. SIMON (Admitted *Pro Hac Vice*)
RAINES FELDMAN LITTRELL LLP

*Attorneys for Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as Owner of MFA 2022-RTL1 Trust and Lima One Capital, LLC*

DATED this 24th day of March 2025.

BUSH KORNFELD LLP

By  /s/ Jason Wax
ARMAND J. KORNFELD, WSBA No. 17214
AIMEE S. WILLIG, WSBA No. 22859
JASON WAX, WSBA No. 41944
BUSH KORNFELD LLP

*Attorneys for the Defendants*

**JOINT STATUS REPORT**
4

10493677.1