JASON EDWARD WAX (WSBA #41944)
BUSH KORNFELD LLP
601 Union Street, Suite 5000
Seattle, WA 98101
Tel.: (206) 292-2110
Facsimile: (206) 292-2104
Email: jwax@bskd.com

ALAN J. KORNFELD (admitted *Pro Hac Vice*)
JEFFREY W. DULBERG (admitted *Pro Hac Vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
Tel: (310) 277-6910
Facsimile: (310) 201-0760
Emails: akornfeld@pszjlaw.com; jdulberg@pszjlaw.com

*Attorneys for the Defendants and Counter-Claimants*

HON. WHITMAN L. HOLT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br>iCAP ENTERPRISES INC., *et al.*<br>Debtors. | Chapter 11<br>Lead Case No. 23-01243-WLH11<br>Jointly Administered |
| Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as Owner of MFA 2022-RTL1 Trust; and Lima One Capital, LLC,<br>Plaintiffs.<br>v.<br>VH 1121 14th, LLC; and VH Willows Townhomes, LLC,<br>Defendants. | Adv. Pro. No. 24-80022-WLH |

| | |
|---|---|
| Lance Miller and Seth Freeman, Co-Trustees of the iCap Trust, on behalf of VH 1121 14th, LLC; and VH Willows Townhomes, LLC,<br><br>Counter-Claimants.<br><br>v.<br><br>Wilmington Savings Fund Society, FSB, as Owner of MFA 2022-RTL1 Trust; and Lima One Capital, LLC,<br><br>Counter-Defendants. | Adv. Pro. No. 24-80022-WLH<br><br>**SECOND AMENDED COUNTERCLAIM COMPLAINT SEEKING AVOIDANCE OF LIENS AS CONSTRUCTIVE FRAUDULENT TRANSFERS AND DISALLOWANCE OF CLAIMS** |

Seth Freeman and Lance Miller, Co-Trustees of the iCap Trust, on behalf of VH 1121 14th, LLC ("**VH 1121**") and VH Willows Townhomes, LLC ("**VH Willows**" and, together, the "**Counter-Claimants**"), hereby allege the following amended counter-claims against the above-captioned counter-defendants (the "**Counter-Defendants**").

## NATURE OF THE ACTION

1. This is an adversary proceeding seeking to avoid, as Avoidance Actions, the Liens that were granted to Counter-Defendants by Counter-Claimants in February 2022, for no value (as such terms are defined and described in further detail below), and for disallowance of claims.

2. The Counter-Claimants seek entry of a judgment avoiding and recovering the Liens pursuant to 11 U.S.C. §§ 548 and 550 as constructive fraudulent transfers. The Counter-Claimants further seek disallowance of the claims of Counter-Defendants scheduled or filed in the Bankruptcy Case pending release of the Liens.


PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

## PARTIES

3. Lance Miller and Seth Freeman, in their capacities as Co-Trustees of the iCap Trust, acting on behalf of Counter-Claimants VH 1121 and VH Willows.

4. Wilmington Savings Fund Society, FSB, as Owner of MFA 2022-RTL1 Trust ("**Wilmington**"), as Counter-Defendant.

5. Lima One Capital, LLC ("**Lima**"), a limited liability company organized under Georgia law, as Counter-Defendant.

## JURISDICTION AND VENUE

6. This court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334.

7. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

8. This matter is a core proceeding pursuant to 28 U.S.C. § 157.

9. Counter-Claimants consent to entry of a final judgment by this court.

## GENERAL ALLEGATIONS

10. On September 29, 2023 (and shortly thereafter for certain entities), iCap Enterprises, Inc. and its affiliated entities, including the Counter-Claimants (the "**Debtors**"),[1] filed chapter 11 cases in the United States Bankruptcy Court for the Eastern

[1] The Debtors are: iCap Enterprises, Inc. (23-01243-11); iCap Pacific NW Management, LLC (23-01261-11); iCap Vault Management, LLC (23- 01258-11); iCap Vault, LLC (23-01256-11); iCap Vault 1, LLC (23-01257-11); Vault Holding 1, LLC (23-01265-11); iCap Investments, LLC (23-01255-11); iCap Pacific Northwest Opportunity and Income Fund, LLC (23-01248-11); iCap Equity, LLC (23-01247-11); iCap Pacific Income 4 Fund, LLC (23-01251-11); iCap Pacific Income 5 Fund, LLC (23- 01249-11); iCap Northwest Opportunity Fund, LLC (23-01253-11); 725 Broadway, LLC (23-01245-11); Senza Kenmore, LLC (23-01254-11); iCap Campbell Way, LLC (23-01250-11); UW 17th Ave, LLC (23-01267-11); iCap Broadway, LLC (23-01252-11); VH 1121 14th LLC (23-01264-11); VH Senior Care

District of Washington (the "**court**"), Case No. 23-01243-WLH11 (the "**Bankruptcy Case**"). On October 9, 2024, the Debtors, jointly with the Official Committee of Unsecured Creditors, filed the *Second Modified Second Amended Joint Chapter 11 Plan of Liquidation of iCap Enterprises, Inc. and its Affiliated Debtors Proposed by the Debtors and Official Committee of Unsecured Creditors* [23-01243-WLH11, ECF No. 1360] (the "**Plan**"). On October 18, 2024, the court entered its Order confirming the Plan [23-01243-WLH11, ECF No. 1414] (the "**Confirmation Order**").

11. As part of its Confirmation Order, while not specifically binding on Counter-Defendants, the court found that the Debtors operated as a Ponzi scheme beginning no later than October 2018 through July 2023 (the date range for which evidence was provided in connection with confirmation of the Plan). *See* Confirmation Order ¶¶ 17, 74, 77. Specifically, the court entered the following findings (the "**Ponzi Findings**") as part of the Confirmation Order based upon the evidence submitted in connection with Plan confirmation:

a. beginning no later than October 2018 (the "**Ponzi Start Date**") through the conclusion of the prepetition time period analyzed by the CRO and his advisors (which, for the avoidance of doubt, ended prior to the retention of new counsel and financial

---

LLC (23-01266-11); VH Willows Townhomes LLC (23-01262-11); iCap @ UW, LLC (23-01244-11); VH 2nd Street Office, LLC (23-01259-11); VH Pioneer Village LLC (23-01263-11); iCap Funding LLC (23-01246-11); iCap Management LLC (23-01268-11); iCap Realty, LLC (23-01260-11); Vault Holding, LLC (23-01270-11); iCap Pacific Development LLC (23-01271-11); iCap Holding LLC (23-01272-11); iCap Holding 5 LLC (23-01273-11); iCap Holding 6 LLC (23-01274-11); Colpitts Sunset, LLC (23-01432-11); CS2 Real Estate Development LLC (23-01434-11); and iCap International Investments, LLC (23- 01464-11).



PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

advisors by the Debtors in July 2023), the principals operated the iCap enterprise as a Ponzi scheme raising approximately $230 million from over 1,800 investors in the United States and abroad;

b. the Ponzi scheme involved the use of funds provided by new investors to the iCap enterprise to make payments to already existing investors and other creditors; and

c. the iCap enterprise did not operate as a legitimate profit-making business. *See In re EPD Inv. Co.,* 114 F.4th 1148, 1162-63 (9th Cir. 2024).

*See* Confirmation Order ¶ 75 at 38.

12. Pursuant to the Plan and the iCap Trust Agreement approved pursuant to the Plan (the "**Trust Agreement**"), the Trust was established to, among other things, pursue recoveries for the beneficiaries of the Trust. *See* Confirmation Order, ¶ 107; Plan, Articles V.D and F. The beneficiaries of the Trust include over 1,800 investors asserting approximately $230 million in claims based on the Ponzi scheme (the "**Investors**").

13. Pursuant to the Plan and Trust Agreement, the iCap Trust has the right to assert Avoidance Actions, which include all claims that may be brought by or on behalf of the Debtors or the Estates under Bankruptcy Code Sections 542, 544, 547, 548, 549, 550, 551, or 553 or related laws. *See* Confirmation Order, ¶ 38; Plan, Articles V.D. and F. The iCap Trust also has the right to bring objections to claims. *See* Plan, Article V.D.6.



PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

**VH 1121 LOAN**

14. On or about January 28, 2022, VH 1121 executed a *Commercial Promissory Note* in connection with a loan from Lima in the principal sum of $3,000,000 (the "**VH 1121 Loan**").

15. On or about January 28, 2022, VH 1121 executed an *Open-End Commercial Deed of Trust, Security, Agreement, and Fixture Filing* (the "**VH 1121 Deed of Trust**"). By the VH 1121 Deed of Trust, VH 1121 purported to grant Lima a first priority security interest in certain collateral as described therein (the "**VH 1121 Collateral**") for the purpose of securing payment and performance of the indebtedness and obligations in connection with the VH 1121 Loan (the "**VH 1121 Lien**").

16. The VH 1121 Collateral included the real properties commonly known as 1117 A 14th Ave., Seattle, WA; 1117 B 14th Ave., Seattle, WA; 1119 A 14th Ave., Seattle, WA; 1119 B 14th Ave., Seattle, WA; and 1121 14th Ave., Seattle, WA (collectively, the "**VH 1121 Real Property Collateral**").

17. The VH 1121 Collateral purportedly includes all proceeds of the VH 1121 Real Property Collateral, including proceeds of any sales or other dispositions of the VH 1121 Real Property Collateral.

18. On or about January 31, 2022, the VH 1121 Deed of Trust was recorded with the King County Recorder's Office as instrument number 20220131001479.

19. On or about February 8, 2022, all of Lima's beneficial interest in the VH 1121 Loan, including the VH 1121 Deed of Trust, was purportedly assigned to Wilmington.

20. As of the Petition Date, Wilmington asserted that the total indebtedness owed to Wilmington on account of the VH 1121 Loan was $3,211,693.75, with such amount being secured by the VH 1121 Lien. *See* POC 1-1, Case No. 23-01264-WLH11; iCap POC 00160.

21. The total loan proceeds on account of the VH 1121 Loan were immediately transferred to iCap Vault I, LLC upon closing. VH 1121 received no value on account of the VH 1121 Loan or the grant of the VH 1121 Lien.

**VH WILLOWS LOAN**

22. On or about January 28, 2022, VH Willows executed a *Commercial Promissory Note* in connection with a loan from Lima in the principal sum of $2,985,000 (the "**VH Willows Loan**").

23. On or about January 28, 2022, VH Willows executed an *Open-End Commercial Deed of Trust, Security, Agreement, and Fixture Filing* (the "**VH Willows Deed of Trust**"). By the VH Willows Deed of Trust, VH Willows purported to grant Lima a first priority security interest in certain collateral as described therein (the "**VH Willows Collateral**") for the purpose of securing payment and performance of the


PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

indebtedness and obligations in connection with the VH Willows Loan (the "**VH Willows Lien**" and, together with the VH 1121 Lien, the "**Liens**").

24. The VH Willows Collateral included the real properties commonly known as 4906A South Willow Street, Seattle, WA 98118; 4910B South Willow Street, Seattle, WA 98118; 4912B South Willow Street, Seattle, WA 98118; 4918C South Willow Street, Seattle, WA 98118; 4922A South Willow Street, Seattle, WA 98118; and 4922B South Willow Street, Seattle, WA 98118 (collectively, the "**VH Willows Real Property Collateral**").

25. The VH Willows Collateral purportedly includes all proceeds of the VH Willows Real Property Collateral, including proceeds of any sales or other dispositions of the VH Willows Real Property Collateral.

26. On or about January 31, 2022, the VH Willows Deed of Trust was recorded with the King County Recorder's Office as instrument number 20220131001479.

27. On or about February 8, 2022, all of Lima's beneficial interest in the VH Willows Loan, including the VH Willows Deed of Trust, was purportedly assigned to Wilmington.

28. As of the Petition Date, Wilmington asserted that the total indebtedness owed to Wilmington on account of the VH Willows Loan was



PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

$3,211,693.75, with such amount being secured by the VH Willows Lien. *See* POC 1-1, Case No. 23-01264-WLH11; iCap POC 00124.

29. The total loan proceeds on account of the VH Willows Loan were immediately transferred to iCap Vault I, LLC upon closing. VH Willows received no value on account of the VH Willows Loan or the grant of the VH Willows Lien.

## FIRST CLAIM FOR RELIEF

### Against Counter-Defendants to Avoid and Recover Liens as Constructive Fraudulent Transfers (11 U.S.C. §§ 548(a)(1)(B) and 550(a))

30. The allegations in the preceding paragraphs of this Second Amended Counterclaim Complaint are hereby realleged and incorporated by reference as though fully set forth herein.

31. Within the two years leading up to the Petition Date, the Counter-Claimants granted the Liens to Lima. The Counter-Defendants contend that the Liens are now held by Wilmington.

32. The grant of Liens were transfers of property of the Counter-Claimants.

33. The Counter-Claimants did not receive reasonably equivalent value in exchange for the grant of Liens.

34. At the time of the grant of Liens, the Counter-Claimants (a) were engaged or about to engage in a business for which their remaining assets and/or capital were unreasonably small in relation to their business, (b) intended to incur, or reasonably



PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

should have believed that they would incur, debts beyond their ability to pay as they became due; and/or (c) were insolvent or would be rendered insolvent.

35. As a result, the grant of Liens should be avoided pursuant to section 548(a)(1)(B) of the Bankruptcy Code.

36. Upon avoidance of the grant of Liens, the Counter-Claimants are entitled under section 550(a) of Bankruptcy Code to recover the avoided Liens from the Counter-Defendant Lima as the initial transferee of the grant of Liens, or from Counter-Defendant Wilmington as the entity for whose benefit such transfer was made or as a subsequent transferee.

## SECOND CLAIM FOR RELIEF

### Objection to Claims of Counter-Defendants and Disallowance Under 11 U.S.C. § 502(d)

37. Counter-Claimants repeat and reallege the allegations contained in each preceding paragraph of this Second Amended Counterclaim Complaint as though set forth fully herein.

38. Counter-Defendants are liable to the Counter-Claimants for their receipt of fraudulent transfers.

39. Pursuant to section 502(d) of the Bankruptcy Code, any and all claims of the Counter-Defendants filed or scheduled in the Bankruptcy Case (the "Counter-Defendants' Claims") must be disallowed until such time as the Counter-Defendants have



PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

released the Liens that are avoidable fraudulent transfers as set forth in this Second Amended Counterclaim Complaint.

40. The Counter-Claimants reserve all rights to further object to any Counter-Defendants' Claims on any and all additional grounds.

**PRAYER FOR RELIEF**

WHEREFORE, the Counter-Claimants pray for the following relief:

1. On the First Claim for Relief, for an order that the Liens are avoidable constructive fraudulent transfers under section 548(a)(1)(B) of the Bankruptcy Code, and avoiding the Liens an ordering the Counter-Defendants to release the Liens under section 550(a) of the Bankruptcy Code;

2. On the Second Claim for Relief, for an order disallowing the Counter-Defendants' Claims until such time as the Counter-Defendants have released the Liens; and

3. Any other relief the court deems just and equitable.

DATED: November 17, 2025 BUSH KORNFELD LLP

*/s/ Jason Edward Wax*
JASON EDWARD WAX (WSBA #41944)
BUSH KORNFELD LLP

ALAN J. KORNFELD (admitted *Pro Hac Vice*)
JEFFREY W. DULBERG (admitted *Pro Hac Vice*)
PACHULSKI STANG ZIEHL & JONES LLP

*Attorneys for Defendants and Counter-Claimants*

LA:4908-9383-1287.4 39502.00002



PACHULSKI STANG
ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104