JASON EDWARD WAX (WSBA #41944)
BUSH KORNFELD LLP
601 Union Street, Suite 5000
Seattle, WA 98101
Tel.: (206) 292-2110
Facsimile: (206) 292-2104
Email: jwax@bskd.com

ALAN J. KORNFELD (admitted *pro hac vice*)
JEFFREY W. DULBERG (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
Tel: (310) 277-6910
Facsimile: (310) 201-0760
Emails: akornfeld@pszjlaw.com,
jdulberg@pszjlaw.com

*Attorneys for Defendants and Counter-Claimants*

HON. WHITMAN L. HOLT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>iCAP ENTERPRISES INC., et al.<br><br>Debtors. | Chapter 11<br><br>Lead Case No. 23-01243-WLH11<br>Jointly Administered |
| Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as Owner of MFA 2022-RTL1 Trust; and Lima One Capital, LLC,<br><br>Plaintiffs.<br><br>v.<br><br>VH 1121 14th, LLC; and VH Willows Townhomes, LLC,<br><br>Defendants. | Adv. Pro. No. 24-80022-WLH |

| | |
|---|---|
| Lance Miller and Seth Freeman, Co-Trustees of the iCap Trust, on behalf of VH 1121 14th, LLC; and VH Willows Townhomes, LLC,<br>Counter-Claimants.<br>v.<br>Wilmington Savings Fund Society, FSB, as Owner of MFA 2022-RTL1 Trust; and Lima One Capital, LLC,<br>Counter-Defendants. | Adv. Pro. No. 24-80022-WLH<br><br>**STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE** |

This *Stipulation of Dismissal of Adversary Proceeding With Prejudice* ("Stipulation") is submitted as of March 13, 2026 by and between, on the one hand, Lance Miller and Seth Freeman, co-trustees of the iCap Trust (the "Trustees"), on behalf of the iCap Trust (the "Trust"), the Debtors (as defined below), and third parties who assigned or contributed claims to the Trust (together with the Trustees, the Trust, and the Debtors, the "Defendants/Counter-Claimants"), and, on the other hand, Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as Owner of MFA 2022-RTL1 Trust ("Wilmington") and Lima One Capital, LLC (together with Wilmington, the "Plaintiffs/Counter-Defendants" and together with the Trustees and the Defendants/Counter-Claimants, the "Parties") in the above-captioned adversary proceeding (the "Action"), by and through their undersigned counsel, with reference to the following:

## RECITALS

A. On September 29, 2023 (and shortly thereafter for certain entities), VH 1121 14th LLC; VH Willows Townhomes LLC; iCap Enterprises, Inc.; iCap Pacific NW Management; LLC, iCap Vault Management, LLC; iCap Vault, LLC; iCap Vault 1, LLC; Vault Holding 1, LLC; iCap Investments, LLC; iCap Pacific Northwest Opportunity and


PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

Income Fund, LLC; iCap Equity, LLC; iCap Pacific Income 4 Fund, LLC; iCap Pacific Income 5 Fund, LLC; iCap Northwest Opportunity Fund, LLC; 725 Broadway, LLC; Senza Kenmore, LLC; iCap Campbell Way, LLC; UW 17th Ave, LLC; iCap Broadway, LLC; VH Senior Care LLC; iCap @ UW, LLC; VH 2nd Street Office, LLC; VH Pioneer Village LLC; iCap Funding LLC; iCap Management LLC; iCap Realty, LLC; Vault Holding, LLC; iCap Pacific Development LLC; iCap Holding LLC; iCap Holding 5 LLC; iCap Holding 6 LLC; Colpitts Sunset, LLC; CS2 Real Estate Development LLC; and iCap International Investments, LLC (collectively, the "Debtors") filed chapter 11 cases in the United States Bankruptcy Court for the Eastern District of Washington, Main Case No. 23-01243-WLH11.

B. On August 16, 2024, the Plaintiffs/Counter-Defendants commenced the Action against the Defendants/Counter-Claimants by filing the *Complaint for Declaratory Relief* [Docket No. 1] (the "Complaint").

C. On September 19, 2024, the Defendants/Counter-Claimants filed the *Answer and Counterclaims* [Docket No. 4] (the "Answer and Counterclaims").

D. In connection with confirmation of the *Modified Second Amended Joint Chapter 11 Plan of Liquidation of iCap Enterprises, Inc. and its Affiliated Debtors Proposed by the Debtors and Official Committee of Unsecured Creditors* [Docket No. 1249, Case No. 23-01243-WLH11], iCap Enterprises Inc., et al (the "Debtors"), Wilmington, and the Official Committee of Unsecured Creditors (the "Committee") entered into the *Stipulation Resolving Wilmington's Objection to Confirmation of the Plan* (the "Confirmation Stipulation"), which was approved by order entered on September 27, 2024 [*See* Docket No. No. 1338, Case No. 23-01243-WLH11]. Pursuant to the Confirmation


PACHULSKI STANG
ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

Stipulation, the Debtors, the Committee, and Wilmington agreed to proceed to mediation with respect to the matters at issue in the Adversary Proceeding (the "Mediation").

E. On January 15, 2025, the Plaintiffs/Counter-Defendants filed the *Answer to Counterclaims* [Docket No. 17].

F. On January 29, 2025, the Parties participated in an in-person, all-day Mediation before the Hon. Martin R. Barash, who this court appointed as a settlement judge pursuant to an order entered on January 14, 2025 [Docket No. 16]. The Mediation did not result in a resolution.

G. On July 31, 2025, the Defendants/Counter-Claimants filed the *Amended Counterclaim Complaint* [Docket No. 33] (the "Amended Complaint").

H. On September 3, 2025, the Plaintiffs/Counter-Defendants filed the *Notice of Motion and Motion to Dismiss Counterclaim Complaint* [Docket No. 38] (the "Motion to Dismiss").

I. On September 24, 2025, the Defendants/Counter-Claimants filed the *Opposition to Motion to Dismiss Amended Counterclaim Complaint* [Docket No. 43].

J. On October 1, 2025, the Plaintiffs/Counter-Defendants filed the *Reply to Opposition to Motion to Dismiss Amended Counterclaim Complaint* [Docket No. 44].

K. On October 15, 2025, after a hearing, the court granted the Motion to Dismiss in part, dismissing the counterclaims asserted in the Amended Complaint, with leave to amend.

L. On November 17, 2025, the Defendants/Counter-Claimants filed the *Second Amended Counterclaim Complaint Seeking Avoidance of Liens as Constructive Fraudulent*



PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

*Transfers and Disallowance of Claims* [Docket No. 52] (the "Second Amended Counterclaim Complaint").

M. On December 8, 2025, the Plaintiffs/Counter-Defendants filed the *Notice of Motion and Motion to Dismiss Second Amended Counterclaim Complaint* [Docket No. 54].

N. On January 7, 2026, the Defendants/Counter-Claimants filed the *Opposition to Motion to Dismiss Second Amended Counterclaim Complaint* [Docket No. 58].

O. On January 21, 2026, the Plaintiffs/Counter-Defendants filed the *Reply to Opposition to Motion to Dismiss Second Amended Counterclaim Complaint* [Docket No. 59].

P. On February 12, 2026, the Parties filed a *Notice of Settlement of Adversary Proceeding* [Docket No. 62].

Q. The Parties have entered into a settlement agreement, which among other things, requires the Parties to submit this Stipulation upon completion of certain actions required by such settlement agreement.



PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

**NOW, THEREFORE, THE PARTIES AGREE AS FOLLOWS:**

1. On and as of the date hereof, the Plaintiffs/Counter-Defendants and the Defendants/Counter-Claimants hereby dismiss the Action in its entirety with prejudice, Plaintiffs/Counter-Defendants hereby dismiss the Complaint, with prejudice, and the Defendants/Counter-Claimants dismiss the Second Amended Counterclaim Complaint, with prejudice, each pursuant to Rule 41 of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure, with each Party to bear its own fees and costs.

**IT IS SO STIPULATED**.

DATED: March 13, 2026

BORDE LAW PLLC

*/s/ Robert S. Marticello*

MANISH BORDE (WSBA *#39503)*
1700 7TH Ave., Suite 2100
Seattle, WA 98101-1360
mborde@bordelaw.com
ROBERT S. MARTICELLO (*Admitted Pro Hac Vice)*
MICHAEL L. SIMON (*Admitted Pro Hac Vice)*

*Attorneys for Plaintiffs and Counter-Defendants*

BUSH KORNFELD LLP

*/s/ Jason Edward Wax*

JASON EDWARD WAX (WSBA #41944)
BUSH KORNFELD LLP

ALAN J. KORNFELD (admitted *Pro Hac Vice*)
JEFFREY W. DULBERG (admitted *Pro Hac Vice*)
PACHULSKI STANG ZIEHL & JONES LLP

*Attorneys for Defendants and Counter-Claimants*



PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Flr.
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104